**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**PATRICK GUILLORY,**

                **Plaintiff,**                    5:21-cv-73
                                                            (GLS/ATB)

      v.

**BRIAN BENEDICT et al.,**

                **Defendants.**

**APPEARANCES:**                       **OF COUNSEL:**

**FOR THE PLAINTIFF:**
PATRICK GUILLORY
Pro Se
753 James Street
Apt. #1129
Syracuse, NY 13203

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

     The above-captioned matter comes to this court following an Order and Report-Recommendation (R&R) by Magistrate Judge Andrew T. Baxter duly filed February 4, 2021. (Dkt. No. 6.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

     No objections having been filed, and the court having reviewed the R&R for clear error, it is hereby

     **ORDERED** that the Report-Recommendation and Order (Dkt. No. 6) is

**ADOPTED** in its entirety; and it is further

    **ORDERED** that the complaint (Dkt. No. 1) is **DISMISSED** without prejudice; and it is further

    **ORDERED** that the Clerk is directed to close this case; and it is further

    **ORDERED** that the Clerk provide a copy of this Order to plaintiff in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

February 23, 2021
Albany, New York

Gary L. Sharpe
U.S. District Judge